UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL WILLIAMSON**<br>Plaintiff,<br><br>v.<br><br>**DAVID J. SHULKIN**, in his<br>official capacity as the Secretary of<br>the United States Department of<br>Veterans Affairs,<br>Defendant. | Case No.: 6:18-cv-00138-TC<br><br>ORDER DISMISSING<br>PLAINTIFF'S MOTION FOR A<br>TEMPORARY RESTRAINING<br>ORDER |

This matter coming before me on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 3), after notice to Defendants, briefing having been presented in the form of Plaintiff's Verified Complaint, Declarations with Exhibits, and the parties stipulated motion (Dkt. 15), dated January 31, 2018, I understand that the parties have recently agreed to a short term extension of Plaintiff's Homemaker Home Health Aid (HHHA) Services and that a long term solution remains necessary to ensure Plaintiff continues to receive these services. To this end, the parties stipulated as follows:

a. Plaintiff's HHHA services will continue until April 15, 2018;

b. The parties will continue to work together to reach resolution of this matter, including Defendant's consideration of a continuity of care and choice of HHHA providers for Plaintiff.

c. Defendant will continue to make best efforts to explore other possible arrangements with in-home care providers to permit Plaintiff to remain in his home for the long term. Such

efforts may include working with state administrators and other licensed home health agencies.

d. Defendant will continue to make best efforts to explore other possible arrangements; however, as a secondary preference, for short term community-based placement of Plaintiff outside of his home but within the state of Oregon while a long term solution for home based care is found; and

e. The parties will, in communication with the Court, propose an appropriate order to schedule for briefing and argument of the preliminary injunction motion by February 9, 2018.

Accordingly, this Court enters the following:

IT IS HEREBY ORDERED that the Plaintiff's Motion for a Temporary Restraining Order is DISSMISSED without prejudice.

SO ORDERED this 31 day of Jan, 2018 at 2:35 PM.

_____
Honorable Michael J. McShane
United States District Judge